IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| ROMARE J. GREEN, | |
| Plaintiff, | CIVIL ACTION NO.: 4:20-cv-91 |
| v. | |
| COSCO SHIPPING CAMELLIA LTD, | |
| Defendant. | |

**O R D E R**

Before the Court are Defendant's Objections to Plaintiff's Exhibit List. (Doc. 172.) The Court held a hearing on these Objections, as well as other pretrial evidentiary matters, on May 29, 2025. The Court issued rulings on many of the Defendant's Objections at that hearing and took others under advisement. Below, the Court finalizes and supplements the Court's rulings and **OVERRULES IN PART**, **SUSTAINS IN PART, and RESERVES RULING IN PART** on Defendants' Objections.

**I.        Defendant's Objection to Exhibit 2.**

For the reasons stated in the hearing, the Court **SUSTAINS** Defendant's Objection to Page 1 of Plaintiff's Exhibit 2.

**II.       Defendant's Objection to Exhibit 4.**

For the reasons stated in the hearing, the Court **OVERRULES** Defendant's Objection to Plaintiff's Exhibit 4.

**III.     Defendant's Objection to Exhibit 5.**

For the reasons stated in the hearing, the Court **OVERRULES** Defendant's Objection to Plaintiff's Exhibit 5.

**IV.     Defendant's Objection to Exhibit 8.**

For the reasons stated in the hearing, the Court **OVERRULES** Defendant's Objection to Plaintiff's Exhibit 8.

**V.     Defendant's Objection to Exhibit 9.**

For the reasons stated in the hearing, the Court **OVERRULES** Defendant's Objection to Plaintiff's Exhibit 9.

**VI.     Defendant's Objection to Exhibit 10.**

For the reasons stated in the hearing, the Court **RESERVES RULING** on Defendant's Objection to Plaintiff's Exhibit 10.

**VII.     Defendant's Objection to Exhibit 12.**

For the reasons stated in the hearing, the Court **SUSTAINS** Defendant's Objection to Pages 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 19, 21, and 27 of Plaintiff's Exhibit 12.

**VIII.     Defendant's Objections to Exhibits 13 and 18.**

For the reasons stated in the hearing, the Court **RESERVES RULING** on Defendant's Objection to Plaintiff's Exhibits 13 and 18.  The Court **DIRECTS** Plaintiff to submit further briefing on this issue by Friday, June 6, 2025, at 5:00 p.m.

**IX.     Defendant's Objections to Exhibits 14 and 15.**

For the reasons stated in the hearing, the Court **RESERVES RULING** on Defendant's Objection to Plaintiff's Exhibits 14 and 15.

**X.    Defendant's Objection to Exhibit 16.**

For the reasons stated in the hearing, the Court **SUSTAINS** Defendant's Objection to Plaintiff's Exhibit 16 consistent with the Court's prior ruling on Exhibit 12.

**XI.   Defendant's Objection to Exhibit 17.**

For the reasons stated in the hearing, the Court **RESERVES RULING** on Defendant's Objection to Plaintiff's Exhibit 17 but **DIRECTS** Plaintiff to not reference the first three photos of the Exhibit in Plaintiff's Opening Statement.

**XII.  Defendant's Objections to Exhibits 20 and 22.**

For the reasons stated in the hearing, the Court **RESERVES RULING** on Defendant's Objection to Plaintiff's Exhibits 20 and 22.

**XIII. Defendant's Objection to Exhibit 23.**

For the reasons stated in the hearing, the Court **RESERVES RULING** on Defendant's Objection to Plaintiff's Exhibit 23.

**XIV.  Defendant's Objection to Exhibit 24.**

For the reasons stated in the hearing, the Court **RESERVES RULING** on Defendant's Objection to Plaintiff's Exhibit 24.

**XV.   Defendant's Objection to Exhibit 25.**

For the reasons stated in the hearing, the Court **RESERVES RULING** on Defendant's Objection to Plaintiff's Exhibit 25, but to the degree some material within Exhibit 25 has been ruled upon in other Exhibits, those rulings will likewise apply to Exhibit 25.

**XVI.  Defendant's Objections to Exhibit 26 and 44.**

For the reasons stated in the hearing, the Court **OVERRULES** Defendant's Objection to Plaintiff's Exhibits 26 and 44.

**XVII. Defendant's Objection to Exhibit 28.**

For the reasons stated in the hearing, the Court **RESERVES RULING** on Defendant's Objection to Plaintiff's Exhibit 28.

**XVIII. Defendant's Objection to Exhibit 29.**

For the reasons stated in the hearing, the Court **OVERRULES** Defendant's Objection to Plaintiff's Exhibit 29.

**XIX. Defendant's Objections to Exhibit 33.**

For the reasons stated in the hearing, the Court **OVERRULES** Defendant's Objection to Plaintiff's Exhibit 33.

**XX. Defendant's Objection to Exhibit 34.**

For the reasons stated in the hearing, the Court **OVERRULES** Defendant's Objection to Plaintiff's Exhibit 34.

**XXI. Defendant's Objection to Exhibit 35.**

For the reasons stated in the hearing, the Court **RESERVES RULING** on Defendant's Objection to Plaintiff's Exhibit 35.

**XXII. Defendant's Objections to Exhibits 36, 38, 39, 40, 41, and 47.**

For the reasons stated in the hearing, the Court **RESERVES RULING** on Defendant's Objection to Plaintiff's Exhibits 36, 38, 39, 40, 41, and 47.

**XXIII. Defendant's Objection to Exhibit 42.**

For the reasons stated in the hearing, the Court **OVERRULES** Defendant's Objection to Plaintiff's Exhibit 42.

**XXIV. Defendant's Objection to Exhibit 45.**

For the reasons stated in the hearing, the Court **RESERVES RULING** on Defendant's Objection to Plaintiff's Exhibit 45.

**XXV.  Defendant's Objection to Exhibit 46.**

For the reasons stated in the hearing, the Court **RESERVES RULING** on Defendant's Objection to Plaintiff's Exhibit 46.

**XXVI. Defendant's Objection to Exhibit 48.**

For the reasons stated in the hearing, the Court **OVERRULES** Defendant's Objection to Plaintiff's Exhibit 48, but Plaintiff may restate his Objection when the Exhibit is offered at trial.

## CONCLUSION

For the reasons and in the manner set forth above and as stated at the May 29, 2025, hearing, the Court **OVERRULES IN PART**, **SUSTAINS IN PART, and RESERVES RULING IN PART** on Defendant's remaining Objections to Plaintiff's Exhibits. (Doc. 172.) To be clear, the Court has not ruled that any of the exhibits discussed herein are admissible. Plaintiff must still lay the proper foundation for the admissibility of these exhibits at trial. To preserve objections overruled in this Order, when Plaintiff offers the subject exhibit at trial, Defendant should state that it restates the objections offered prior to trial which the Court previously overruled. Should developments at trial warrant revisiting any of these rulings, the parties may make such arguments when the exhibit is offered.

**SO ORDERED**, this 30th day of May, 2025.

R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA