IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| ROMARE J. GREENE, | |
| Plaintiff, | CIVIL ACTION NO.: 4:20-cv-91 |
| v. | |
| COSCO SHIPPING CAMELLIA LIMITED, | |
| Defendant. | |

**O R D E R**

Contrary to the Court's direction at the May 29, 2025, Pretrial Conference, the parties did not submit revised deposition designations and objections for Witness Robert Hoffman, M.D.  Thus, the previous Deposition Designations for Dr. Hoffman, (doc. 164), and Defendant's objections thereto, (doc. 174), remain before the Court.  Upon consideration and as set forth below, the Court rules as follows:

I. **Page 6, line 13 through page 6, line 18**

The Objection is **OVERRULED**.

II. **Page 11, line 12**

The Objection is **OVERRULED.**

III. **Page 13, line 13**

The Objection is **OVERRULED**.

IV. **Page 17, line 1**

The Objection is **OVERRULED**.

V. **Page 17, line 14 through page 17, line 15.**

>The Objection is **OVERRULED**.

**VI.** **Page 20, line 15 through page 20, line 18.**

>The Objection is **OVERRULED**.

**VII.** **Page 20, line 1 through page 21, line 2.**

>The Objection is **OVERRULED**.

**VIII.** **Page 22, line 21.**

>The Objection is **OVERRULED**.

**IX.** **Page 24, line 16 through page 24, line 19.**

>The Objection is **SUSTAINED**.

**X.** **Page 26, line 3 through page 26, line 22.**

>The Objection is **OVERRULED**.

**XI.** **Page 37, line 1 through page 37, line 5.**

>The Objection is **OVERRULED**.

**XII.** **Page 38, line 10 through page 38, line 11.**

>The Objection is **SUSTAINED**.

**XIII.** **Page 38, line 20.**

>The Objection is **SUSTAINED**.

**SO ORDERED**, this 9th day of June, 2025.

_____
R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA