IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| ROMARE J. GREEN,<br><br>      Plaintiff,<br><br>   v.<br><br>COSCO SHIPPING CAMELLIA LTD,<br><br>      Defendant. | CIVIL ACTION NO.: 4:20-cv-91 |

**O R D E R**

This case was scheduled for trial beginning on June 10, 2025. At the beginning of jury selection, the parties announced that they had reached a settlement. (See doc. 226.) Accordingly, the Court continued the trial. In light of the settlement announcement, the Court **DIRECTS** the Clerk of Court to **ADMINISTRATIVELY CLOSE** this action. See Heape v. Flanagan, No. 6:07-CV-12, 2008 WL 2439736 (S.D. Ga. June 9, 2008).

Within **sixty (60) days** of the date this Order is entered, the parties—if they wish—may present a dismissal judgment, pursuant to Federal Rule of Civil Procedure 41(a)(2), incorporating the terms of their settlement, so the Court may retain jurisdiction to enforce the agreement. In the alternative, the parties may simply file a joint stipulation of dismissal. If the parties fail to file a dismissal (or, if necessary, move to reopen the case) within **sixty (60) days**, the Court will *sua*

*sponte* dismiss the case with prejudice.  Kokkonen v. Guardian Life Ins. Co. of Am., 511 U.S. 375, 381–82 (1994).

**SO ORDERED**, this 12th day of June, 2025.

_____
R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA