IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| ROMARE J. GREEN, | |
| Plaintiff, | CIVIL ACTION NO.: 4:20-cv-91 |
| v. | |
| COSCO SHIPPING CAMELLIA LTD, | |
| Defendant. | |

**O R D E R**

On October 6, 2023, the Court entered summary judgment in favor of then-Defendants COSCO Shipping Lines Co. Ltd. and Shanghai Ocean Shipping CO. LTD. (Doc. 139.) On June 12, 2025, after being advised that Plaintiff and the remaining Defendant, COSCO Shipping Camellia Limited, had settled all remaining claims in the matter, the Court administratively closed this action. (Doc. 227.) Presently before the Court is a "Joint Motion for Entry of Final Judgment and Dismissal with Prejudice," signed by counsel for Plaintiff and counsel for Defendant COSCO Shipping Camellia Limited, wherein the parties "request the Court find that there is no just reason for delay and that the judgment in favor of defendants COSCO Shipping Lines Co. Ltd. and Shanghai Ocean Shipping CO. LTD be made final," (doc. 229, p. 1 (citing Fed. R. Civ. P. 54(b))), and they also jointly request that the Court dismiss the remaining claims against Defendant COSCO Shipping Camellia Limited "pursuant to stipulation of the parties," (id. at p. 2 (citing Fed. R. Civ. P. 41(a)(2))). Accordingly, pursuant to Federal Rule of Civil Procedure 54(b), the Court finds that there is no just reason for delay, **GRANTS** the parties' Motion for Entry of Final

Judgment, (doc. 229), and **DIRECTS** the Clerk of Court to **REOPEN** this case and **ENTER** final judgment in favor of Defendants COSCO Shipping Lines Co. Ltd. and Shanghai Ocean Shipping CO. LTD.  The Court additionally **GRANTS** the parties' Motion for Dismissal With Prejudice, (id.), and **DISMISSES** the claims against Defendant COSCO Shipping Camellia Limited **WITH PREJUDICE**.  The Clerk of Court is hereby authorized to **CLOSE** this case.

    **SO ORDERED**, this 23rd day of July, 2025.

R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA